469 F.2d 1396
 Lee Otis JOHNSON, Petitioner-Appellee,
v.
Dr. George J. BETO, Director, Texas Department of
Corrections, Respondent-Appellant.
 No. 72-2218.
 United States Court of Appeals,
Fifth Circuit.
 Dec. 20, 1972.
 
 Crawford Martin, Atty. Gen., Lonny F. Zwiener, Asst. Atty. Gen., Austin, Tex., for respondent-appellant.
 William F. Walsh, Bobby H. Caldwell, Charles A. Keilin, Arthur J. Mandell, Bennett Stokes, Houston, Tex., for petitioner-appellee.
 Before WISDOM, BELL and COLEMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 On the ground that Lee Otis Johnson had been denied a fair and impartial trial in a Texas state court, the United States District Court, 337 F.Supp. 1371, granted habeas corpus relief. Of course, Texas has the option of trying Johnson again.
 
 
 2
 Upon briefs and oral argument, the judgment of the District Court is
 
 
 3
 Affirmed.